# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR43-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| CHRISTOPHER HENRY HAYNES ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing from the June 16, 2005, calendar.

By separate Order, the Court has granted the Defendant's motion for a psychiatric evaluation and sentencing may not proceed until the evaluation is completed.

**IT IS, THEREFORE, ORDERED** that this case is continued from the June 16, 2005, sentencing calendar.

**Signed: June 13, 2005**

Lacy H. Thornburg
United States District Judge