Christopher Henry Haynes
1:04CR43-3

## VIOLATION REPORT

U.S. PRETRIAL SERVICES OFFICE

MEMORANDUM

**FILED**
ASHEVILLE, N. C.

JAN 10 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

DATE: January 10, 2006

TO: The Honorable Lacy H. Thornburg
U.S. District Judge

FROM: Eric G. Simpson
U.S. Probation Officer

RE: **Christopher Henry Haynes**
**1:04CR43-3**
**ADDENDUM REPORT**

---

**RECOMMENDATION:**

The USPO recommends that the warrant issued by the Court on 1/10/06 be rescinded. The basis of the warrant was that the defendant had absconded pretrial supervision as reported by USPO Clark Johnston of the MDNC, who has been supervising the defendant. However, it has since been determined that the defendant has returned home and is now being monitored by electronic monitoring services.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 10th day of January, 2006.

Eric G. Simpson
U.S. Probation Officer

Approved by:

Elisabeth F. Ervin
Supervising U.S. Probation Officer

cc: Jill W. Rose, AUSA
U.S. Marshal
Victoria Jayne, Defense Counsel
PSI Officer

## THE COURT ORDERS

[ ] No Action

[ ] The Issuance of a Warrant

[ ] The Issuance of a Summons

[X] Other: The warrant issued by the Court on 1/10/06 is rescinded.

*Signature of Judicial Officer*

1-10-06
Date